UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

LELAND ADAMS,

    Plaintiff,　　　　　　　　　　No. C 11-2880 PJH (PR)

  v.　　　　　　　　　　　　　　　　**ORDER OF TRANSFER**

M. D. BITER, Warden,

    Defendant.

        This is a civil rights case brought pro se by a state prisoner. The acts complained of appear to have occurred at Kern Valley State Prison, which lies within the venue of the United States District Court for the Eastern District of California, and defendant, the warden of Kern Valley State Prison, appears to reside there as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

        This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

        **IT IS SO ORDERED.**

Dated: August 1, 2011.

                                        PHYLLIS J. HAMILTON
                                        United States District Judge

P:\PRO-SE\PJH\CR.11\ADAMS2880.TRN.wpd